```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE  NO.  09-21563-CIV-GRAHAM
                                    MAGISTRATE JUDGE P.A. WHITE

CURTIS RICHARD JONES,           :

        Plaintiff,              :       REPORT THAT CASE IS
                                        READY FOR TRIAL
v.                              :

OFFICER D. ROSS,                :

        Defendant.              :
_____
```

In this pro se civil rights action pursuant to 42 U.S.C. §1983, a separate Report has been entered this date recommending, for reasons stated therein, that defendant Ross's Motion to Dismiss Complaint (DE# 21) be denied and plaintiff Jones's Motion to Object to Dismissal and Request to Proceed to Trial without Delay (DE# 29) be granted.

Neither party has filed a pretrial statement. The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c). The undersigned respectfully recommends that this case be placed on the trial calendar of the District Judge.

Dated: April 26th, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Donald L. Graham,
      United States District Judge

      Curtis Richard Jones, Pro Se
      No. 500900180
      Camillus House
      726 NE 1 Ave
      Miami, FL 33132

      Eduardo Ignacio Sanchez
      Dade County Attorney's Office
      Metro Dade Center
      111 NW 1st Street
      Suite 2810
      Miami, FL 33128-1993