UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-21563-CIV-GRAHAM/WHITE

CURTIS RICHARD JONES,

   Plaintiff,

vs.

OFFICER D. ROSS,

   Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding the motion of Defendant Ortega Ross's Motion to Dismiss the complaint [D.E. 32],and Report of the Magistrate Judge That Case is Ready for Trial [D.E.33].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White [D.E. 2]. Plaintiff filed a <u>pro se</u> civil rights complaint pursuant to 42 U.S.C. §1983, claiming that defendant Miami-Dade Police Officer D. Ross used excessive force during the arrest of Plaintiff on December 30, 2008.On January 26, 2010, Defendant Ross filed a motion to dismiss Plaintiff's complaint [D.E. 21]. On April 26, 2010, a Report was issued by the Magistrate Judge recommending that the Defendant's Motion to Dismiss be denied [D.E. 32] and that Plaintiff Jones's Motion to Object to Dismissal and Request to Proceed to Trial without Delay [D.E. 29] be granted. Defendant Ross filed

Objections to the Magistrate's Report [D.E. 35].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report recommending denial of Defendant's Motion to Dismiss [D.E. 32] is hereby **RATIFIED, AFFIRMED** and **APPROVED** in its entirety. Accordingly, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss [D.E. 21] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff Jones's Motion to Object to Dismissal and Request to Proceed to Trial without Delay [D.E. 29] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report recommending that this case be placed on the trial calendar [D.E. 33] is hereby **RATIFIED, AFFIRMED** and **APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of June 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Curtis Richard Jones, pro se